UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JOSEPH N. SHKRELI,                                              :   15 Civ. 2369(JFB)(AKT)
                                                                :
                              Plaintiff,                       :   **STIPULATION AND**
                                                                :   **ORDER OF DISMISSAL**
    - against -                                                :   **WITH PREJUDICE**
                                                                :
STARBUCKS CORPORATION a/k/a STARBUCKS              :
COFFEE COMPANY,
                                                                :
                              Defendant.
----------------------------------------------------------------x

       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by their respective attorneys, hereby stipulate to dismiss this action with prejudice and without costs to any party.

Dated: New York, New York
       September 21, 2016

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

By: _____
    George N. Tompkins, III
150 East 42nd Street
New York, New York 10017
(212) 490-3000
Attorneys for Defendant
STARBUCKS CORPORATION d/b/a
STARBUCKS COFFEE COMPANY

Dated: Oct. 6, 2016

Dated: Jericho, New York
       September 21, 2016

THE GEWIRTZ LAW FIRM

By: _____
    Evan Gewirtz, Esq.
500 North Broadway, Suite 129
Jericho, New York 11753
(516) 829-1600
Attorneys for Plaintiff
JOSEPH N. SHKRELI

The Clerk of the Court shall close the case.

SO ORDERED:

_____
S/ Joseph Bianco
United States District Judge

7703151v.1